IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | | |
|---|---|---|
| LODIS PERKINS, JR. | ) | PLAINTIFF |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 5:08CV198 |
| | ) | |
| ISLE OF CAPRI CASINOS, INC. and | ) | DEFENDANTS |
| ISLE OF CAPRI CASINOS, NATCHEZ | ) | |
| MISSISSIPPI | ) | |

### AGREED ORDER OF REMAND

On Motion of Plaintiff and Defendants, and upon Plaintiff specifically representing that:

I.

Plaintiff's claims for damages and the associated amount in controversy in the captioned proceedings is substantially less than $75,000;

II.

At trial of this matter, Plaintiff will seek recovery of damages in an amount less than $75,000; and

III.

In the event the trier of fact awards damages in excess of $75,000, Plaintiff will relinquish and not seek recovery of any amount in excess of $75,000;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the captioned proceedings be and same are hereby remanded for further proceedings in the Circuit Court for the County of Adams, State of Mississippi.

Biloxi, Mississippi, this 15th day of Oct., 2008.

s/John M. Roper Sr.
JUDGE

Respectfully submitted,

**ROME, ARATA & BAXLEY, L.L.C.**

<u>/s/ W. Chad Stelly</u>
**W. CHAD STELLY, MSB No. 10401**
650 Poydras Street, Suite 2017
New Orleans, Louisiana 70130
Telephone: (504) 522-9980
Facsimile: (504) 522-9971

Counsel for Petitioner, LODIS PERKINS


**Wells Moore Simmons & Hubbard, P.L.L.C.**


<u>/s/ Jeffrey M. Williams</u>
Jeffrey M. Williams, Esq.
Highland Bluff North
4450 Old Canton Road, Suite 200
P.O. Box 1970
Jackson, MS 39215-1970
Telephone:
Facsimile:

Counsel for Defendant,